UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

|  |  |
|---|---|
| CHUKWUMA E. AZUBUKO,<br>Plaintiff,<br><br>v.<br><br>MBNA AMERICA, and<br>EXPERIAN,<br>Defendants. | )<br>)<br>)<br>)<br>)   No. 3:05-CV-39<br>)   (Phillips/Guyton)<br>)<br>)<br>) |

## MEMORANDUM OPINION

Plaintiff has brought this action, *pro se,* against MBNA America and Experian. Plaintiff filed a virtually incoherent complaint against the defendants concerning two credit cards with MBNA. The complaint appears to allege that MBNA wrongfully cancelled plaintiff's credit cards pursuant to negative information received from Experian. Plaintiff admits that the credit report from Experian was correct and accurate, but is upset because it reflected negatively on his credit status resulting in the cancellation of his two credit cards with MBNA.

Presently pending before the court are the following motions: (1) Experian's motion to dismiss [Doc. 6]; (2) MBNA America's motion to dismiss [Doc. 13]; and (3) plaintiff's motion for summary judgment [Doc. 18]. The motions filed by defendants include various grounds for dismissing plaintiff's complaint including improper venue, and failure to state a claim upon which relief may be granted. The motions contain claims for relief

including, *inter alia,* dismissal of the entire complaint for improper venue, dismissal of the complaint for failure to state a claim, and transfer of the action to the United States District Court for the District of Massachusetts.

Construing the vague and conclusory allegations of plaintiff's complaint in a light most favorable to him, the court will find (for the purposes of this order only) that plaintiff has alleged a violation of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq.*, and jurisdiction based on diversity of citizenship. However, the complaint fails to allege any connection with the State of Tennessee, and in particular with the Eastern District of Tennessee.

A civil action in which jurisdiction is not founded solely on diversity of citizenship may . . . be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events of omissions giving rise to the claim occurred . . . or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). Section 1406 provides for either transfer or dismissal of an action where the original venue is improper. Specifically, § 1406 states that "[t]he district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." *Id.*

The allegations of plaintiff's complaint do not support venue in the Eastern District of Tennessee. It states that plaintiff is a resident of Massachusetts, that MBNA America is a corporation in Delaware, and Experian is a corporation with its principal place of business in Allen, Texas. Neither the complaint nor plaintiff's subsequent pleadings proffer any connection to the State of Tennessee, much less any reason why this case should proceed in the Eastern District of Tennessee.

Moreover, according to a recent decision of the United States District Court for the District of Massachusetts, "Plaintiff has a lengthy history of frivolous litigation in [that] court and other courts."[1] *Azubuko v. The Educational Resources Institute*, Case No. 04-2690. Plaintiff appears to have filed his case in this District solely due to being instructed by courts in his own jurisdiction that he could no longer file civil actions without risking sanctions. The Massachusetts court found that plaintiff filed a recent case in Louisiana "as a means to pursue the litigation and circumvent the order" of the Massachusetts court directing the clerk not to accept documents from plaintiff for filing unless certain conditions were met.

There is no logical reason why this case should proceed in the Eastern District of Tennessee. None of the parties are from Tennessee and no act was committed in Tennessee. 28 U.S.C. § 1404(a) provides: "For the convenience of parties and

---

[1] Counsel for MBNA performed a recent search on the U.S. Party / Case Index PACER system with regard to other claims filed by plaintiff using the name Chukwuma E. Azubuko (or Chuckwu E. Azubuko) and obtained search results showing ninety-one (91) matters located in various federal courts throughout the country.

3

witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought."

Based on the allegations of plaintiff's complaint, the court concludes that "a substantial part of the events or omissions giving rise to the claim occurred" in the District of Massachusetts. Thus, the court finds that this case should be transferred to the District of Massachusetts. Moreover, in light of the Massachusetts' court's order in plaintiff's previous cases, judicial economy requires that this case be transferred to that court for proper resolution. Accordingly, for the reasons stated above, defendants' request for a transfer will be granted.

ENTER:

s/ Thomas W. Phillips
United States District Judge

FILED
CLERKS OFFICE

2005 AUG 24  A 11: 05

U.S. DISTRICT COURT
DISTRICT OF MASS

------------------------------------

Ms. Sarah Allison Thornton, Clerk
United States District Court
John Joseph Moakley United States Courthouse
Suite 2300
One Courthouse Way
Boston, MA 02210-3002

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
OFFICE OF THE CLERK
800 Market Street, Suite 130
Knoxville, TN 37902
(865) 545-4234 ext. 279

August 22, 2005

Ms. Sarah Allison Thornton, Clerk
United States District Court
John Joseph Moakley United States Courthouse
Suite 2300
One Courthouse Way
Boston, MA 02210-3002

Re:   Azubuko v. MBNA
      (3:05-cv-39)

05 - 11777 REK

Dear Clerk:

The above-referenced case has been transferred to your district pursuant to an order entered by the Honorable THOMAS W. PHILLIPS on August 22, 2005. The certified record and a certified copy of the docket sheet are enclosed.

Please acknowledge your receipt of the record on the enclosed copy of this letter and return it to me in the envelope provided.

Sincerely,

PATRICIA L. MCNUTT, CLERK US DISTRICT COURT

By: *s/A. Archer*
Deputy Clerk


Enclosures

CLOSED, PAF, PRO_SE

**U.S. District Court (Live Database)**
**Eastern District of Tennessee (Knoxville)**
**CIVIL DOCKET FOR CASE #: 3:05-cv-00039**

FILED IN OFFICE

2005 NOV 21 A 11:05

U.S. DISTRICT COURT
DISTRICT OF MASS

Azubuko v. MBNA America et al
Assigned to: Honorable Thomas W Phillips
Referred to: Magistrate H Bruce Guyton
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 01/21/2005
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Chukwuma E Azubuko**      represented by   **Chukwuma E Azubuko**
P.O. Box 1351
Boston, MA 02117-1351
PRO SE

05 - 11777 REK

MAGISTRATE JUDGE

V.

**Defendant**

**MBNA America**      represented by   **Robert F Chapski**
Baker, Donelson, Bearman & Caldwell
P O Box 1792
Knoxville, TN 37901-1792
865-549-7000
Fax: 865-633-7215
Email: rchapski@bakerdonelson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Experian**      represented by   **Ronald T Hill**
Egerton, McAfee, Armistead & Davis, PC
P O Box 2047
Knoxville, TN 37901-2047
865-546-0500
Fax: 865-525-5293
Email: rhill@emadlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

I hereby certify that this is a true and correct copy of the electronically filed original document.
ATTEST: Patricia L. McNutt
By: A. Archer
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

CHUKWUMA E. AZUBUKO, )
    Plaintiff, )
  )
v. ) No. 3:05-CV-39
  ) (Phillips/Guyton)
MBNA AMERICA, and )
EXPERIAN, )
    Defendants. )

### ORDER

For the reasons set forth in the memorandum opinion filed this day with the clerk, it is hereby **ORDERED AND ADJUDGED** as follows:

1. This matter is **TRANSFERRED** to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. § 1404(a);

2. The Clerk of the Court is **DIRECTED** to transfer the entire file to the Clerk of the United States District Court for the District of Massachusetts; and

3. Defendants motions to dismiss, as well as plaintiff's motion for summary judgment, will remain outstanding pending consideration and resolution by the United States District Court for the District of Massachusetts.

**IT IS SO ORDERED.**

ENTER:

                        s/ Thomas W. Phillips
                        United States District Judge

I hereby certify that this is a true and correct copy of the electronically filed original document.
ATTEST: Patricia L. McNutt
By: _____
Deputy Clerk

| Date Filed | # | Docket Text |
|---|---|---|
| 08/22/2005 | 🔵 | per Order 26; Case transferred to District of Massachusetts. Original file, certified copy of transfer order, and docket sheet sent. (ADA) (Entered: 08/22/2005) |
| 08/22/2005 | 🔵26 | ORDER to transfer the entire file to the Clerk of the US District Court for Massachusetts.Signed by Judge Thomas W Phillips on 8/22/05. (ADA) (Entered: 08/22/2005) |
| 08/22/2005 | 🔵25 | MEMORANDUM OPINION in support of the following Order transferring this case to the District of Massachusetts. Signed by Judge Thomas W Phillips on 8/22/05. (ADA) (Entered: 08/22/2005) |
| 06/20/2005 | 🔵24 | SUPPLEMENT to pltf's 23 Reply to deft's Response to pltf's Motion for summary judgment by pro se pltf Chukwuma E Azubuko. (Attachments: #(1) Exhibit 1 #(2) Exhibit 2 #(3) Exhibit 3 #(4) Exhibit 4)(BT) (Entered: 06/21/2005) |
| 06/06/2005 | 🔵23 | REPLY to deft MBNA's Response to pltf's 18 MOTION for Summary Judgment filed by pro se pltf Chukwuma E Azubuko. (Attachments: #(1) Exhibit 1 #(2) Exhibit 1a)(BT) (Entered: 06/06/2005) |
| 06/03/2005 | 🔵22 | REPLY to Response to pltf's 18 MOTION for Summary Judgment filed by pro se pltf Chukwuma E Azubuko. (Attachments: #(1) Exhibit)(BT) (Entered: 06/06/2005) |
| 05/19/2005 | 🔵21 | RESPONSE in Opposition re 18 MOTION for Summary Judgment filed by Experian. (Attachments: # 1 Affidavit of Ronald T. Hill)(Hill, Ronald) (Entered: 05/19/2005) |
| 05/18/2005 | 🔵20 | Pro se pltf's sur-reply to deft MBNA America Bank's reply to pltfs response to deft's 13 MOTION to Dismiss *Plaintiff's Complaint* filed by pro se pltf Chukwuma E Azubuko. (BT) (Entered: 05/19/2005) |
| 05/13/2005 | 🔵19 | RESPONSE to Motion re 18 MOTION for Summary Judgment filed by MBNA America. (Attachments: # 1 Exhibit A)(Chapski, Robert) (Entered: 05/13/2005) |
| 05/11/2005 | 🔵18 | MOTION for Summary Judgment by Pro Se Pltf Chukwuma E Azubuko. (BT) (Entered: 05/11/2005) |
| 04/28/2005 | 🔵17 | REPLY to Response to Motion re 13 MOTION to Dismiss *Plaintiff's Complaint* filed by MBNA America. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Chapski, Robert) (Entered: 04/28/2005) |
| 04/26/2005 | 🔵16 | RESPONSE to Deft MBNA's 13 MOTION to Dismiss *Plaintiff's Complaint* filed by Pltf Chukwuma E Azubuko. (BT) (Entered: 04/27/2005) |

| | | |
|---|---|---|
| 04/15/2005 | 15 | Certificate of Corporate Interest byMBNA America identifying MBNA Corporation as Corporate Parent.. (Chapski, Robert) (Entered: 04/15/2005) |
| 04/13/2005 | 14 | MEMORANDUM in Support of Motion re 13 MOTION to Dismiss *Plaintiff's Complaint* filed by MBNA America. (Chapski, Robert) (Entered: 04/13/2005) |
| 04/13/2005 | 13 | MOTION to Dismiss *Plaintiff's Complaint* by MBNA America. (Chapski, Robert) (Entered: 04/13/2005) |
| 04/08/2005 | 12 | Pro Se Pltfs response to defts 11 REPLY to Response to Motion to Dismiss filed by Chukwuma E Azubuko. (BT) (Entered: 04/11/2005) |
| 03/22/2005 | 11 | REPLY to Response to Motion re 6 MOTION to Dismiss MOTION for More Definite Statement filed by Experian. (Hill, Ronald) (Entered: 03/22/2005) |
| 03/15/2005 | 10 | RESPONSE to the Memorandum in Support of defts 6 MOTION to Dismiss or in the alternative MOTION for More Definite Statement, filed by pltf Chukwuma E Azubuko. (BT) (Entered: 03/15/2005) |
| 03/15/2005 | 9 | RESPONSE in Opposition to defts 6 MOTION to Dismiss or in the alternative MOTION for More Definite Statement filed by pltf Chukwuma E Azubuko. (BT) (Entered: 03/15/2005) |
| 02/28/2005 | 8 | Certificate of Corporate Interest byExperian identifying GUS, LLC as Corporate Parent.. (Hill, Ronald) (Entered: 02/28/2005) |
| 02/28/2005 | 7 | MEMORANDUM in Support of Motion re 6 MOTION to Dismiss MOTION for More Definite Statement filed by Experian. (Attachments: # 1 Exhibit Cited authority)(Hill, Ronald) (Entered: 02/28/2005) |
| 02/28/2005 | 6 | MOTION to Dismiss, MOTION for More Definite Statement by Experian. (Hill, Ronald) (Entered: 02/28/2005) |
| 02/16/2005 | 5 | SUMMONS Returned Executed by Chukwuma E Azubuko. Experian served on 2/8/2005 (DHJ) (Entered: 02/17/2005) |
| 02/16/2005 | 4 | SUMMONS Returned Executed by Chukwuma E Azubuko. MBNA America served on 2/8/2005 w/ret recpt attch. (DHJ) (Entered: 02/17/2005) |
| 02/02/2005 | | Summons Issued as to MBNA America, Experian. (ANB) (Entered: 02/02/2005) |
| 01/21/2005 | | Show Cause Response due by 2/22/2005. Has plaintiff submitted the Marshal-285 forms? (ANB) (Entered: 01/21/2005) |
| 01/21/2005 | 3 | COMPLAINT against MBNA America, Experian , filed by |

| | | |
|---|---|---|
| | | Chukwuma E Azubuko. (Originally received on 1/20/05) (Attachments: # 1 Exhibit)(ANB) (Entered: 01/21/2005) |
| 01/21/2005 | 2 | ORDER granting 1 Motion for Leave to Proceed in forma pauperis. The clerk is directed to file complaint, issue summons and forward to marshal for service . Signed by Judge H Bruce Guyton on 1/21/05. (ANB) (Entered: 01/21/2005) |
| 01/20/2005 | 1 | MOTION for Leave to Proceed in forma pauperis by Chukwuma E Azubuko. (ANB) (Entered: 01/21/2005) |