UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Chukwuma E. Azubuko**               CIVIL
               **Plaintiff**

               CASE NO. 05-11777-REK

          **V.**

**MBNA America, et al.**
               **Defendant**

## NOTICE OF HEARING

**Keeton, S.D.J.**

PLEASE TAKE NOTICE that the above-entitled case has been set for   A Status conference on Tuesday, October 11, 2005   at   2:00   P.M. before Judge   Keeton   in Courtroom #   3   on the   3rd   floor. Parties should be prepared to argue any pending motions.

                                             SARAH A. THORNTON,
                                             CLERK OF COURT

   8/31/05                              By:   /s/ Karen Folan
     Date                                      Deputy Clerk

(Notice of Hearing.wpd - 3/7/2005)