UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHUKWUMA E. AZUBUKO, Plaintiff | ) | |
| v. | ) | |
| MBNA AMERICA BANK and EXPERIAN INFORMATION SOLUTIONS, INC., Defendants | ) | CIVIL ACTION NO. 05-11777-REK |

**Final Judgment**
October 20, 2005

For the reasons stated in the Memorandum and Order of this date, it is

ORDERED:

Plaintiff's Complaint (Docket No. 2) is DISMISSED with prejudice.

Approved:

_/s/Robert E. Keeton_______________
Robert E. Keeton
Senior United States District Judge

By the Court,

_/s/Karen Folan________________________
Karen Folan, Deputy Clerk