UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
CHUKWUMA E. AZUBUKO,               )
        Plaintiff                  )
                                   )
                                   )     CIVIL ACTION
    v.                             )     NO. 05-11777-REK
                                   )
                                   )
MBNA AMERICA BANK and EXPERIAN )
INFORMATION SOLUTIONS, INC.,       )
        Defendants                 )
_____)

**Final Judgment**
November 22, 2005

For the reasons stated in the Memorandum and Order of this date, it is hereby

ORDERED:

(1) Plaintiff's First and Last Motion for Reconsideration (Docket No. 33, filed

October 26, 2005) is DENIED.

(2) This case is now CLOSED.

Approved:                                    By the Court:


_/s/Robert E> Keeton_____               __/s/Karen Folan_____
Robert E. Keeton                             Karen Folan, Deputy Clerk
Senior United States District Judge