UNITED STATES' DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER:
05-11777-REK

AZUBUKO -
    Plaintiff

v.

MBNA AMERICAN BANK & EXPERIAN
INFORMATION SOLUTION – INC.,
    Defendants

## NOTICE OF APPEAL

The Plaintiff received Court's "Memorandum and Order" and "Final Judgment" dated November 22nd and postmarked November 23rd on Saturday – November 26th – 2005. After reading the 'game of intelligence,' the Plaintiff deemed it to act in keeping with the head. "Everyone's paths appear righteous to her/him." Mankind and not God will be guilty. Glory, the legal realities' construction or stricture had no signature of Judge Keaton, but remained God-sent or be all and end all. Why? Indeed, it lent itself to practically innumerable conclusions. "The least said soonest mended" and "circumstances alter cases."

CHUKWUMA E. AZUBUKO,
Pro Se,
P. O. Box 1351,
Boston – MA 02117-1351.
Telephone: (617) 2654 6291.

cc: Robert F. Chapski & Nelwyn Inman, Esquires,
    BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ,
    2200 Riverview Tower,
    900 South Gay Street,
    Knoxville – Tn 37902 and

"    Donald T. Hill, Esquire,
    EGERTON, McAFFE, ARMSTEAD & DAVIS, P.C.,
    P. O. Box 2047,
    900 South Gay Street #1400,
    Knoxville – TN 37901.

CHUKWUMA E. AZUBUKO,
Pro Se.