## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-11777

Chykwuma E. Azubuko

v.

MBNA  America and Experian

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) Iare the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/29/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 5, 2005.

Sarah A. Thornton, Clerk of Court

By: _____

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled, case is hereby acknowledged this date: _12/6/05_.

_____
Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11777-REK

Azubuko v. MBNA America et al
Assigned to: Senior Judge Robert E. Keeton
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 08/24/2005
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Chukwuma E. Azubuko**                  represented by **Chukwuma E. Azubuko**
P.O. Box 1351
Boston, MA 02117-1351
617-266-6313
PRO SE


V.

**Defendant**

**MBNA America**                        represented by **Robert F. Chapski**
Baker, Donelson, Bearman & Caldwell
P.O. Box 1792
Knoxville, TN 37901-1792
865-549-7000
Fax: 865-633-7215
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Defendant**

**Experian**                            represented by **Ronald T. Hill**
Egerton, McAfee, Armistead & Davis, PC
P.O. Box 2047
Knoxville, TN 37901-2047
865-546-0500
Fax: 865-525-5293
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


| Date Filed | # | Docket Text |
|---|---|---|
| 08/24/2005 | 28 | Case transferred in from Eastern District of Tennessee; Case Number 05cv39. Original file with documents numbered 1-26, certified copy of transfer order and docket sheet received. (Attachments: # 1 Certified Copy of Docket Sheet from District of Tennessee) (Folan, Karen) |

| | | |
|---|---|---|
| | | (Entered: 08/31/2005) |
| 08/31/2005 | 29 | NOTICE of Hearing: Status Conference set for 10/11/2005 02:00 PM in Courtroom 3 before Judge Robert E. Keeton. (Folan, Karen) (Entered: 08/31/2005) |
| 10/11/2005 | | ElectronicClerk's Notes for proceedings held before Judge Robert E. Keeton : Status Conference held on 10/11/2005. Plaintiff wants judgment entered in his favor based on strict liability. Defendant states that CJ Young issued an Order (leave -to file restriction) against plaintiff that plaintiff violated with filing of this suit. REK-DENIED plaintiff's request because of non-compliance with CJ Young's 1995 order. File: final order declaring that this case remain closed and require that he not violate any other Order of the court. Case is dismissed against MBNA and Experian. (Court Reporter Lee Marzilli.) (Folan, Karen) (Entered: 10/13/2005) |
| 10/20/2005 | 30 | Judge Robert E. Keeton : MEMORANDUM AND ORDER entered. "...The clerk is directed to enter forthwith on a separate document a Final Judgment..."(Folan, Karen) (Entered: 10/20/2005) |
| 10/20/2005 | 31 | Judge Robert E. Keeton : FINAL JUDGMENT entered. "For the reasons stated in the Memorandum and Order of this date, it is ORDERED: Plaintiff's Complaint (Docket No. 2) is DISMISSED with prejudice." (Folan, Karen) (Entered: 10/20/2005) |
| 10/21/2005 | 32 | TRANSCRIPT of Status Conference held on October 11, 2005 before Judge Keeton. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/21/2005) |
| 10/26/2005 | 33 | MOTION for Reconsideration re 31 Judgment by Chukwuma E. Azubuko.(Folan, Karen) (Entered: 10/27/2005) |
| 11/22/2005 | 34 | Judge Robert E. Keeton : MEMORANDUM AND ORDER entered denying 33 Motion for Reconsideration. (Folan, Karen) (Entered: 11/22/2005) |
| 11/22/2005 | 35 | Judge Robert E. Keeton : FINALJUDGMENT entered. "...This case is now CLOSED." (Folan, Karen) (Entered: 11/22/2005) |
| 11/29/2005 | 36 | NOTICE OF APPEAL as to 35 Judgment by Chukwuma E. Azubuko. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/19/2005. (Folan, Karen) (Entered: 12/01/2005) |