# United States Court of Appeals
## For the First Circuit

No. 05-2824

CHUKWUMA E. AZUBUKO,

**MANDATE**

Plaintiff, Appellant,

v.

MBNA AMERICA BANK
and EXPERIAN INFORMATION SYSTEMS, INC.,

Defendants, Appellees.

**JUDGMENT**

Entered: May 12, 2006

2006 SEP 15 P 1:59
FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is summarily affirmed. See Local Rule 27(c).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 9/15/06

By the Court:

RICHARD

Richard Cushing Donovan, Clerk

[cc: Mr. Azubuko, Mr. Chapski, Mr. Hill & Mr. Weintruab.]